HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JANET BATEMAN, CA Bar #240241
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTOPHER JAMES HARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00301 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; [PROPOSED] ORDER |
| vs. | |
| CHRISTOPHER JAMES HARP, | Judge: Hon. Stanley A. Boone |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that effective forthwith the conditions of pretrial release shall be modified to allow Defendant to return to the WestCare in-patient treatment program for an additional 90 days, for following reasons:

1. Defendant showed drastic improvement and success in the WestCare program during his initial 90-day treatment stay.  Upon his release, he relapsed into substance abuse.  Given his very long history of addiction, Mr. Harp and the parties agree that with an additional 90 days of in-patient treatment are appropriate to address his addiction and to develop better tools to prevent relapse in the future.

2. Defendant shall be subject to the standard program rules of WestCare and the original conditions imposed by the Court in October 2015 for his initial 90 days in WestCare.

//

1     The AUSA, Michael Frye, and U.S. Pretrial Services Officer, Francisco Guerrero, have no objections to this request.

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: January 27, 2015        By:    /s/ *Kevin P. Rooney for Michael Frye*
                                         MICHAEL FRYE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

DATED: January 27, 2015        By:    /s/ *Janet Bateman*
                                         JANET BATEMAN
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         JANET BATEMAN

                             **O R D E R**

IT IS SO ORDERED.

DATED: January  27, 2016

                              STANLEY A. BOONE
                              United States Magistrate Judge