HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JANET BATEMAN, CA Bar #240241
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTOPHER JAMES HARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00301 LJO-SKO |
| Plaintiff, | STIPULATION FOR RELEASE; ATTACHMENT; ORDER |
| vs. | |
| CHRISTOPHER JAMES HARP, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

The parties, through their respective counsel, Katherine Plante, Special Assistant United States Attorney, and Janet Bateman, Assistant Federal Defender, attorney for defendant Christopher Harp, hereby stipulate that Mr. Harp shall be released to the Fresno Rescue Mission as follows:

Christopher Harp shall be released from the custody of the United States Marshals at the United States District Courthouse in Fresno, California to a representative of the Fresno Rescue Mission, a residential substance abuse treatment facility, on Wednesday, April 20, 2016.

The representative of the Rescue Mission will escort Mr. Harp to Pretrial Services to review and sign release conditions stating, in part, that the Rescue Mission shall notify Pretrial Services of any program violation until the date of Mr. Harp's sentencing hearing. Mr. Harp shall also review and sign release conditions.

/ / /

1    The U.S. Pretrial Services Officer, Jacob Scott, is in agreement with this request.  Pretrial
2 Service's conditions for Mr. Harp are attached to this stipulation.

3             Respectfully submitted,

4             BENJAMIN B. WAGNER
            United States Attorney
5

6 DATED: April 19, 2016     By:   /s/ *Katherine Plante*
            KATHERINE PLANTE
7             Special Assistant U.S. Attorney
            Attorney for Plaintiff
8

9             HEATHER E. WILLIAMS
            Federal Defender
10

11 DATED: April 19, 2016     By:   /s/ *Janet Bateman*
            JANET BATEMAN
12             Assistant Federal Defender
            Attorneys for Defendant
13             CHRISTOPHER HARP

14

15             **O R D E R**

16
IT IS SO ORDERED.
17
 Dated:  **April 19, 2016**        /s/ Lawrence J. O'Neill
18             UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Harp:  Stipulation for Release; Proposed Order     -2-

## **CONDITIONS**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of Fresno Rescue Mission;

4. Upon successful completion of the program, you are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall cooperate in the collection of a DNA sample;

6. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. You shall not obtain a passport or other travel documents during the pendency of this case;

8. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. Your release on bond shall be delayed until Wednesday, April 20, 2016, at 10:00 a.m., at which time you shall be released at the U.S. Marshal's Service office to a representative from the Fresno Rescue Mission, wherein you shall report to Pretrial Services for subsequent placement at the Fresno Rescue Mission.

14. You shall participate in the substance abuse treatment program at Fresno Rescue Mission, and comply with all the rules and regulations of the program. You shall remain at the Fresno facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;

15. Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.