| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
CHRISTOPHER JAMES HARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-0301-LJO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING AND ADMISSION** |
| vs. | ) **HEARING; ORDER THEREON** |
| CHRISTOPHER JAMES HARP, | ) Date: February 21, 2018 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, MICHAEL TIERNEY, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for January 29, 2018, be continued to February 21, 2018 at 8:30 a.m.

The United States Probation Office contacted the parties on January 18, 2018 to advise that revisions had been made to the Presentence Report (PSR) in light of Mr. Harp's failure to comply with pretrial conditions, and provided the parties with a revised draft PSR. At least one of the parties wishes to lodge informal objections to the revisions, and probation has therefore requested additional time to consider and respond to such objections prior to finalizing the PSR.

///

///

///

In order to permit the parties sufficient time to review the revised draft PSR and lodge any necessary objections, and to permit the probation officer sufficient time to consider all objections by the parties, it is respectfully requested that the hearing to take Mr. Harp's admission and for sentencing be continued to February 21, 2018 at 8:30 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 19, 2018

*/s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Christopher James Harp

McGREGOR W. SCOTT
United States Attorney

DATED: January 19, 2018

*/s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: **January 19, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE