| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | CHRISTOPHER JAMES HARP |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-0301-LJO-SKO |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE; EXHIBIT A; ORDER |
| CHRISTOPHER JAMES HARP, | ) | |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |

Defendant, Christopher James Harp, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Michael Tierney, hereby submit this stipulation to modify the conditions of Mr. Harp's pretrial release pursuant to this Court's authority under 18 U.S.C. § 3142(c)(3). Attached to this stipulation is Exhibit A: Conditions of Release, which the parties stipulate to replace the existing conditions of release. This stipulation is made after consultation with the Pretrial Services Office, which supports this modification and has authored the conditions of release set forth in Exhibit A.

Following an extensive Court hearing, Mr. Harp was ordered released on conditions as determined appropriate by the Pretrial Services Office, and Defense Counsel was asked to prepare a stipulation outlining those conditions and proposing an order for the same. Carl Smith from the Pretrial Services Office provided the parties with the conditions set forth in Exhibit A,

and confirmed with Defense Counsel the address and Pretrial Officer to which Mr. Harp is to report on the next business day following his release.

It is therefore respectfully requested by the parties that Mr. Harp's terms and conditions of pretrial release be modified as set forth in Exhibit A, pursuant to 18 U.S.C. § 3142(c)(3). Given that Mr. Harp is presently travelling back to the Lerdo Jail Facility in the custody of the U.S. Marshals and will not be processed until late this evening, it is requested that his release be delayed until 8:00 a.m. tomorrow morning to ensure his safety and access to transportation to Bakersfield upon his release.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2018 */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER JAMES HARP

McGREGOR W. SCOTT
United States Attorney

Date: February 21, 2018 */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Counsel for the United States

# **O R D E R**

Pursuant to the stipulation to modify the Defendant's conditions of pretrial release and 18 U.S.C. § 3142(c)(3), the Court hereby modifies the Defendant's conditions of pretrial release as follows: The Court adopts the conditions set forth in Exhibit A, and orders that the Defendant be released on those conditions at 8:00 a.m. on Thursday, February 22, 2018.

IT IS SO ORDERED.

Dated: **February 22, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

**HARP, Christopher James**
**Doc. No. 1:15-CR-00301-1-LJO**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

   Name of person or organization

   who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

   SIGNED: _____
   CUSTODIAN

☑ (7) <u>The defendant must:</u>
 ☑ (a) report on a regular basis to the following agency:
   Pretrial Services and comply with their rules and regulations;
 ☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
 ☑ (c) travel restricted to Eastern District of California, unless otherwise approved in advance by PSO;
 ☑ (d) report any contact with law enforcement to your PSO within 24 hours;
 ☑ (e) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
 ☑ (f) submit to drug or alcohol testing as approved by the PSO. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO;
 ☑ (g) refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
 ☑ (h) not obtain a passport or other traveling documents during the pendency of this case; and,
 ☑ (i) report any change of address to the Pretrial Services agency within 48 hours.

**EXHIBIT A**