IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JAMES HARP,<br><br>Defendant. | Case No.: 1:15-cr-00301 LJO<br><br>ORDER |

The defendant shall reside and participate in a Residential Reentry Center, for a period of up to 180 days; said placement shall commence at the direction of the United States Probation Officer, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

IT IS SO ORDERED.

Dated: **January 28, 2019**              /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE