IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00301-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CHRISTOPHER JAMES HARP, | |
| Defendant. | |

The above-named defendant having been sentenced on February 11, 2019, to unsupervised Probation.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **February 11, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE