HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JAMES HARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-0301-LJO-SKO |
| Plaintiff, | **JOINT STATUS REPORT RE: UNSUPERVISED PROBATION; REQUEST TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |
| vs. | |
| CHRISTOPHER JAMES HARP, | JUDGE:  Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant Christopher James Harp, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Michael Tierney, hereby jointly submit the following status report regarding Mr. Harp's compliance with the terms and conditions of his term of unsupervised probation.

On February 11, 2019, Mr. Harp was sentenced to an 18-month term of unsupervised probation with the conditions that he: 1) obey all laws; 2) report any new contact with law enforcement within 72 hours; and 3) maintain his sobriety.  The Court indicated at the time of sentencing that if Mr. Harp was in compliance with the terms and conditions of probation at the time of his review hearing, set for January 13, 2020 at 9:30 a.m., probation would be terminated. Alternatively, if Mr. Harp were not in compliance, he would be facing a custodial sentence for any violation, as determined by the Court.

Mr. Harp has not had any new contact with law enforcement, nor has he been arrested or

1  convicted for any offense during his probation term.  Mr. Harp was also able to clear up several

2  old warrants for traffic violations and misdemeanor matters in Kern County over the past year,

3  and is free from any pending cases for the first time in more than 15 years.  He is working

4  towards obtaining his driver's license presently.

5  Additionally, Mr. Harp has maintained his sobriety, refraining from any use of alcohol or

6  methamphetamine for more than 16 months to date, and plans to continue in his recovery from

7  substance abuse permanently.  After being homeless for more than 14 years, Mr. Harp is now on

8  an affordable housing waiting list and has managed to save up a down payment and security

9  deposit with his wife, Connie Harp, towards a home of their own.  In the meantime, Mr. Harp

10  and his wife are fortunate enough to have friends who have offered shelter this winter in the

11  Bakersfield area.

12  In light of Mr. Harp's compliance with all terms and conditions of his probationary term,

13  it is the request the parties that the review hearing in this matter be vacated and his term of

14  probation be terminated as of January 13, 2020.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 16, 2019     */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER JAMES HARP

MCGREGOR SCOTT
United States Attorney

DATED:  December 16, 2019     */s/ Michael Tierney*
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The review hearing scheduled for January 13, 2020 at 9:30 a.m. is hereby vacated.  In recognition of Defendant Christopher James Harp's compliance with the terms and conditions of unsupervised probation, the term of probation is hereby terminated as of January 13, 2020.

IT IS SO ORDERED.

Dated:  **December 16, 2019**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE